UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER L. POWERS, JR. and
JOICELYN HAVILAND POWERS,

    Plaintiffs,

v.                                                                           CASE NO. 8:05-CV-01542-T-17-EAJ

LAZY DAYS RV CENTER, INC., and
FLEETWOOD ENTERPRISES, INC.

    Defendants.

_____/

ORDER ON MOTION

    This cause is before the Court on the Plaintiffs' motion for clarification, reconsideration, alter ruling, vacating, amending, or setting aside 2/16/06 order (Docket No. 22) and response thereto (Docket No. 26). On February 16, 2006, the Court issued an order on Defendant's, Fleetwood Enterprises, Inc.(Fleetwood), Motion to Dismiss Count I and III of the Complaint. The Court granted the motion with prejudice and Counts I and III were dismissed as to Fleetwood.

    The plaintiffs' motion is not clear about exactly what relief is being sought but it appears that the plaintiffs are seeking to have the Court restore those portions of Count I to the complaint which allege damages for breach of various written warranties or the equitable relief claim under Magnuson Moss Act, as against Fleetwood. The defendant Fleetwood concedes that Count I of the complaint, paragraph 8(A) raises a claim for breach of written "Limited Warranty" under the Magnuson Moss Warranty Act, which remains against Fleetwood and to which Fleetwood has already filed an answer.

Therefore, the Court clarifies that Count I remains in effect as to Fleetwood as to this claim, breach of written "Limited Warranty" under the Magnuson Moss Warranty Act. Fleetwood opposes the remainder of the plaintiffs' motion. The Court agrees with Fleetwood's response as to the remainder of the issues raised by the motion. Accordingly, it is

**ORDERED** that the plaintiffs' motion for clarification, reconsideration, alter ruling, vacating, amending, or setting aside 2/16/06 order (Docket No. 22) and response thereto (Docket No. 26) be **GRANTED in part only** and the cause of action is clarified to state that Count I remains in effect as to Fleetwood as to the claim for breach of written "Limited Warranty" under the Magnuson Moss Warranty Act as to defendant Fleetwood Enterprises, Inc.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 31st day of March, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies
to: All parties and counsel of record